UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

v.   Case Number: 5:20−cv−00043

0.22 Acres of Land, More or Less, et al.

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

The Initial Pretrial and Scheduling Conference set for July 1, 2020, at 9:00 a.m. is hereby RESET to July 1, 2020, at 10:00 a.m. and will be conducted by Zoom videoconference.

**BEFORE:**
**Magistrate Judge John A Kazen**

**PLACE:**
by video
United States Courthouse
1300 Victoria Street
Laredo, TX 78040

**DATE:** 7/1/2020

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Initial Conference

The Court has provided to counsel a link to connect to the Zoom videoconference. Members of the general public who wish to observe the court proceedings may request information for the Zoom videoconference link by contacting the Courts case manager, Jessica Rodriguez, by telephone at (956) 790−1757 or by email at Jessica_Rodriguez@txs.uscourts.gov.

Date:   July 1, 2020                                                         David J. Bradley, Clerk